STATE OF NEW JERSEY v. HAROLD LESTER HOWARD.

September 18, 1973. Petition for certification denied.

ALBERT WEINER v. SHETLAND LEWYT,
A DIVISION OF S. C. M. CORPORATION.

September 18, 1973. Petition for certification granted.

PHYLLIS HARRIS ROTHMAN v.
PRUDENTIAL INSURANCE COMPANY OF AMERICA.

September 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. NELSON LASSITER.

September 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN H. WOODFOLK.

September 18, 1973. Petition for certification denied.

ELEANOR L. DEL GUERCIO v.
BURRY BISCUIT, DIVISION OF QUAKER OATS.

September 18, 1973. Petition for certification denied.